# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00743-CR

**Thomas Creech, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF LLANO COUNTY, 424TH JUDICIAL DISTRICT
### NO. CR6350, THE HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief was originally due December 12, 2013. This Court has granted two extensions of time to file the brief, making the brief due on or before April 14, 2014. In granting the most recent extension, the Court advised that no further extensions will be granted. Appellant's counsel, Gary E. Prust, has now filed a third motion requesting an additional 60-day extension of time to file the brief.

Appellant's motion for extension of time to file the brief is granted in part. Appellant's counsel, Gary E. Prust, is ordered to tender a brief in this cause no later than May 14, 2014. No further extensions will be granted. Failure to file the brief by that date could result in counsel being called before this Court to show cause why he should not be held in contempt

for violating this order, and the cause being abated with instructions to the trial court to appoint substitute counsel to represent appellant on this appeal.

It is so ordered on this the 16th day of April, 2014.

Before Justices Puryear, Goodwin, and Field